AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

FILED
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
SAN JOSE   CALIFORNIA

UNITED STATES OF AMERICA

V.

Jared Cantu

_Defendant_

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE __07-70739 PVT__

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in _____ District of _____ alleging violation of _____ (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) _____ Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(×) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_[signature]_
_Defendant_

__12/13/07__                              _[signature] Lara Vinnard_
_Date_                                    _Defense Counsel_