1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CANTU

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10
   UNITED STATES OF AMERICA,          )    No. CR 07-70739 PVT
11                                     )
                    Plaintiff,         )    DEFENDANTS' MOTION FOR TRAVEL
12                                     )    AUTHORIZATION; DECLARATION OF
   v.                                  )    COUNSEL
13                                     )
   JARED CANTU, ANNA CANTU,            )    HON. PATRICIA V. TRUMBULL
14                                     )
                    Defendants.        )
15 _____)

16
          Defendants Jared and Anna Cantu hereby apply to this Court for an order authorizing
17
   their  travel to Lassen County, California,  from December 21, 2007, to December 26, 2007.  Mr.
18
   and Mrs. Cantu have provided an itinerary to Officer Wiegel of Pretrial Services. This
19
   application is based upon the declaration of counsel, filed and served herewith.
20
          Defense counsel for Jared Cantu has spoken with Jerry Fong, attorney for Anna Cantu,
21
   and he is joining in the filing of this proposed travel request.
22
          Undersigned counsel has discussed this request with Officer Laura Wiegel of Pretrial
23
   Services, who is supervising Mr. and Mrs. Cantu, and she states that she has no objections to the
24
   proposed travel request.
25
          Undersigned counsel has spoken with Assistant United States Attorney Jeffrey B. Schenk,
26
   who has no objections to the proposed travel request.

APP. FOR TRAVEL ORDER
No. CR 07-70739 PVT                        1

1        I, Lara S. Vinnard, am an Assistant Federal Public Defender assigned to handle this

2   matter for my office.  By signing and filing this application, I hereby declare under penalty of

3   perjury that the facts asserted in support of the request are true and correct.

4

5   Dated: 12/17/07

                        Respectfully submitted,

6

7                        BARRY J. PORTMAN
Federal Public Defender

8

                        _____/s/_____

9                        LARA S. VINNARD
Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] TRAVEL ORDER
No. CR 07-70739 PVT