**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

December 18, 2007

RECEIVED
2007 DEC 21 P 1:18
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

Office of the Clerk
USDC Eastern District of Virginia
193 Walter E. Hoffman United States Courthouse
Norfolk, VA 23510-1915

**Filed**

JAN 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case Name:   **US-v-Jared Cantu, & Anna Cantu**
Case Number: **5-07-70739-PVT  (Your Case#: CR-2:07cr219)**
Charges:     **Conspiracy, Marriage Fraud**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
( )   The defendants have a court appearance in your court on:

Enclosed are the passports for:

   Anna Cantu: Russian Federation Passport
   Jared Cantu: United States Passport

   Document# 12: Order Authorizing Travel

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Date: 12-28-07

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk